# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JUNE 22, 2021

## NO. 03-19-00786-CV

**Appellant, The City of Austin d/b/a Austin Energy // Cross-Appellant, Saljar, Inc. d/b/a OK Corral Night Club**

**v.**

**Appellee, Maria Del Rosario Membreno Lopez as Next Friend of Jaime Antonio Membreno Lopez // Cross-Appellee, The City of Austin d/b/a Austin Energy**

### APPEAL FROM THE 98TH DISTRICT COURT OF TRAVIS COUNTY
### BEFORE JUSTICES BAKER, TRIANA, AND KELLY
### AFFIRMED -- OPINION BY JUSTICE TRIANA

This is an appeal from the final judgment signed by the trial court on August 5, 2019. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's judgment. Therefore, the Court affirms the trial court's judgment. Appellant and cross-appellant shall each bear the costs of appeal incurred by that party, both in this Court and in the court below.